1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ADAM LERMA BARBOZA,                          No. CIV S-11-2863-CMK-P

12                    Petitioner,

13            vs.                                          <u>ORDER</u>

14 MIKE MARTEL,

15                    Respondent.

16 _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  The petition challenges a conviction issued by the

19 Merced County Superior Court.  Merced County is part of the Fresno division of this court.  <u>See</u>

20 Local Rule 120(b).  Because the Sacramento division is not the proper division, this action will

21 be transferred to the Fresno division.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

1    Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

2    United States District Court for the Eastern District of California sitting in Fresno.

3

4    DATED:  November 2, 2011

5

6    **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26